■ SERF REALTY Co., Appellant, et al., Claimant, v STATE OF NEW YORK, Respondent. [643 NYS2d 663]

The State's obligation to pay interest terminates upon deposit of an advance payment into an interest-bearing account pursuant to State Finance Law § 97-dd (see, EDPL 304 [E]; 514). Therefore, for the period when the advance payment was deposited in that account, the rate earned by the State's short-term investment pool was the correct rate of interest.

In light of our determination, we need not reach the appellant's remaining contentions. Thompson, J. P., Altman, Goldstein and McGinity, JJ., concur.